DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARGARET GREGOIRE** and **LESLY GREGOIRE,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORP.,**
Appellee.

No. 4D20-194

[July 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE18-27513.

Sonya P. Randolph and Jose P. Font of Font & Nelson, PLLC, Ft. Lauderdale, for appellants.

Emily C. Smith and Miriam R. Merlo of Gaebe, Mullen, Antonelli & Dimatteo, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***